UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARFIELD WILLIAMS,

                                        Plaintiff,

                    -against-

WESTCHESTER MEDICAL CENTER HEALTH
NETWORK, MARCELA STEGER, JASON
YOAKUM, & KENNETH OSARIO,

                                        Defendants.

Civil Action No.: 21-cv-3746

**DEFENDANT'S RULE 7.1
STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the judges of the Court to

evaluate possible reason for disqualification or recusal, Defendant Westchester County Health

Care Corporation ("WCHCC"), incorrectly named as Westchester Medical Center Health

Network, by its undersigned attorneys, certifies that WCHCC is a New York State public benefit

corporation created pursuant to New York State Public Authorities Law § 3300 *et seq.*, that

WCHCC does not have any corporate parents, and that no publicly held corporation owns ten

percent or more of WCHCC's stock.

Dated:        June 11, 2021
              New York, New York

                                        Respectfully Submitted:

                                        JACKSON LEWIS P.C.
                                        666 Third Avenue, 29th Floor
                                        New York, New York 10017
                                        (212) 545-4000
                                        (212) 972-3213 Facsimile

                          By:    */s/ Daniel D. Schudroff*
                                        Daniel D. Schudroff
                                        Leo Ernst

4813-1345-3038, v. 1