UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Garfield Williams, Pro Se,

                Plaintiff,                      21 Civ. 03746 (KMK)

    -against-

Westchester Medical Center Health           CALENDAR NOTICE
Network,

                Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, May 30, 2023 at 11:00 a.m. Counsel shall submit a proposed case management and discovery schedule via ECF by 5:00 p.m. on the evening before the initial conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:
Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the Pro Se party of the above teleconference information. Counsel in any Pro Se inmate cases shall ensure that the Pro Se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: May 17, 2023
       White Plains, New York

                                                   So Ordered

                                                   Kenneth M. Karas, U.S.D.J