UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Garfield Williams,

                                Plaintiff,

                -against-

Westchester Medical Center Health Network, et al.
                              Defendants.
-----------------------------------------------------------------X

21 Civ. 3746-KMK

**ORDER TO STRIKE**

**VICTORIA REZNIK, United States Magistrate Judge:**

       Pursuant to the Plaintiff's request (ECF No. 137), the parties are directed to disregard ECF No. 136. The Clerk of Court is respectfully directed to strike ECF No. 136 from the docket.

       SO ORDERED.

DATED:    White Plains, New York
                09/08/2025

_____
VICTORIA REZNIK
United States Magistrate Judge