# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
jacksonlewis.com

DIRECT DIAL: (212) 545-4081
EMAIL ADDRESS: LEO.ERNST@JACKSONLEWIS.COM

September 9, 2025

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
U.S.D.C. for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                Re:    *Williams v. Westchester Med. Ctr. Health Network, et al.*
                        21 Civ. 3746 (KMK)

Dear Judge Karas:

      We represent all Defendants in the above-referenced action. We write to respectfully request clarification of the Court's Order, issued today, September 9, 2025. ECF No. 143. Yesterday, September 8, 2025, the parties wrote to the Court to request an extension of the deadline to complete depositions and the overall fact discovery deadline. See ECF No. 142. Defendants requested that the deposition deadline be extended to October 10, 2025 and the fact discovery deadline be extended to November 10, 2025. Id. at 1. Plaintiff requested that the deposition deadline be extended to November 2025 or December 2025 and the fact discovery deadline be extended to December 2025 or January 2026. Id. at 2.

      Today, the Court issued an Order stating that "[t]he Court will adopt Plaintiff's proposed discovery deadline" (ECF No. 143 at 2), but extended the fact discovery deadline to November 10, 2025, the date Defendants had proposed. Defendants respectfully request that the Court clarify the deadline for the parties to complete depositions and the overall fact discovery deadline.

      Defendants sincerely thank the Court for its time and consideration of the above.

Fact discovery must be completed by 12/31/25. There will be no more extensions. The Clerk is respectfully directed to mail this document to Plaintiff.

Respectfully submitted,

/s/ Leo T. Ernst
Leo T. Ernst

So Ordered.
9/9/25