# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GARFIELD WILLIAMS

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

WESTCHESTER MEDICAL CENTER HEALTH NETWORK,

Kenneth Osario, Marcela Steger, Jason Yoakum

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 3746 (KMK) ( )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1.  Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

    ☑ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

    ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

    ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2.  Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

§1981 retaliation, NYSHRL retaliation, and FMLA interference—survived dismissal & are now in discovery, which requires depositions, cross-examination, document review, and motion practice that I cannot manage alone. I recently began working as a provisional peace officer in New York City, where mandatory overtime during probation makes it impossible to take time off without risking discipline or termination. Combined with my ADHD, dyslexia, and financial hardship from years of unemployment, the burdens of discovery are overwhelming. The deadlines for producing documents, answering interrogatories, and appearing for depositions cannot realistically be met under these conditions. Without counsel I cannot keep pace without risking both my case and my job.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have contacted five private law firms and several nonprofit providers. Schwartz Perry & Heller LLP, the Law Office of Peter A. Romero, the Law Offices of Mehdi Essmidi, PLLC, the Law Offices of David Ourlicht, and Joseph & Norinsberg, LLC all reviewed my case but declined to represent me, either outright or by quoting retainers far beyond my means. I also contacted the City Bar Justice Center's Federal Pro Se Clinic, which confirmed it cannot represent me beyond limited deposition or settlement preparation; the NYCLA Pro Bono Program, which declined representation.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: N/A - English Only .

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

9/02/2025

Date

Signature

Williams, Garfield, A

Name (Last, First, MI)                                          Prison Identification # (if incarcerated)

1562 Thieriot Ave              Bronx              NY         10460

Address                                City                          State         Zip Code

646-289-1392                          garfield.a.williams@gmail.com

Telephone Number                              E-mail Address (if available)

Plaintiff's renewed motion for appointment of counsel is denied because the application of the *Hodge* factors as discussed in the Court's order denying Plaintiff's previous motion has not changed, (*see* Order at 3-6 (Dkt. No. 132)), and the Court has extended the discovery schedule considerably since Plaintiff filed this motion, (*see* Dkt. No. 154). The denial of Plaintiff's motion is without prejudice and he is free to renew his motion as circumstances change and the case continues to develop. So ordered.

12/5/2025

2