# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL: (212) 545-4081
EMAIL ADDRESS: LEO.ERNST@JACKSONLEWIS.COM

January 6, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
U.S.D.C. for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:    *Williams v. Westchester Med. Ctr. Health Network, et al.*
>        21 Civ. 3746 (KMK) (VR)

Dear Judge Karas:

We represent all Defendants in the above-referenced action. We write, jointly with Plaintiff, to request that discovery be stayed pending the parties attending a settlement conference before Magistrate Judge Reznik. This is the parties' first request for a stay of discovery pending a settlement conference. The current discovery deadline is February 2, 2026. ECF No. 154.

On December 29, 2025, Plaintiff obtained counsel in this matter. ECF No. 158. Counsel have conferred, and believe that, prior to the parties undertaking the expense of depositions and summary judgment motion practice, it would be productive to discuss resolution of this case with Judge Reznik's assistance, particularly given this case has been ongoing for more than four years without a mediation or settlement conference.

Accordingly, the parties respectfully request that discovery be stayed; Defendants' February 9, 2026 deadline to submit a pre-motion letter in advance of their summary judgment motion be adjourned; and the case management conference scheduled before Your Honor on February 17, 2026 be adjourned. In the event that the parties are unable to resolve the case at the settlement conference, they propose filing a joint letter within one week thereafter with a proposed schedule to complete what remains of discovery and a proposed deadline for Defendants' summary judgment pre-motion letter. Should this request be granted, the parties will promptly reach out to Judge Reznik to schedule a settlement conference.

The parties sincerely thank the Court for its time and consideration of the above.

Granted. The Parties are to provide a
status report by 2/9/26.

So Ordered.

1/6/26

Respectfully submitted,

/s/ Leo T. Ernst
Leo T. Ernst
Daniel D. Schudroff