# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL: (212) 545-4081
EMAIL ADDRESS: LEO.ERNST@JACKSONLEWIS.COM

February 17, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
U.S.D.C. for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *Williams v. Westchester Med. Ctr. Health Network, et al.*
       21 Civ. 3746 (KMK) (VR)

Dear Judge Karas:

We represent all Defendants in the above-referenced action. We write, jointly with Plaintiff, to respectfully request: (1) the Court continue the stay it put in place on January 7, 2026 (ECF No. 162) while the parties continue their efforts to resolve this case; and (2) for the parties to file a joint status letter by March 17, 2026 which will include, if appropriate, proposed deadlines to complete discovery and for Defendants' summary judgment pre-motion letter.

On January 6, 2026, the parties filed a joint letter requesting a referral to Judge Reznik for a settlement conference and a stay of discovery pending the outcome of the conference. ECF No. 161. On January 7, 2026, the Court granted the requests and directed the parties to file a joint status letter by February 9, 2026. ECF No. 162. On January 12, 2026, a settlement conference was scheduled before Judge Reznik for February 12, 2026. ECF No. 163. On February 9, 2026, the parties filed a joint letter as directed, and requested that they file a further joint letter one week after the February 12, 2026 settlement conference. ECF No. 166.

On February 12, 2026, following the settlement conference, Judge Reznik issued a Minute Entry stating that settlement discussions were ongoing and directing the parties to meet and confer over the following two weeks and provide an update by February 27, 2026 to determine if a second settlement conference should be scheduled. Minute Entry, Feb. 12, 2026.

Accordingly, in order for the parties to continue discussing settlement in advance of a potential continued settlement conference, they jointly and respectfully request that the stay be continued and that the parties file a joint status letter by March 17, 2026.

The parties sincerely thank the Court for its time and consideration of the above.

Both requests are granted.

So Ordered.

2/17/26

Respectfully submitted,

/s/ Leo T. Ernst
Leo T. Ernst
Daniel D. Schudroff